UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-60079-CIV-COHN/SELTZER

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ONE REAL PROPERTY AT
12582 PINES ACRE LANE,
WELLINGTON, FLORIDA 33414

       Defendant
_____/

**FINAL ORDER APPROVING
STIPULATED EXPEDITED SETTLEMENT AGREEMENT**

THIS MATTER came before the Court on the parties Stipulated Expedited Settlement Agreement (the "Agreement") filed by Claimant LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2007-FF2 ("LASALLE") and the UNITED STATES. The Court has reviewed the Agreement and being duly advised in the premises, it is hereby

**ORDER AND ADJUDGED** that the terms of the Stipulated Expedited Settlement Agreement submitted by the parties in this matter are approved and ratified by this Court. The statements of facts agreed to therein are this matter are approved and ratified by this Court. The Clerk shall close this case and deny all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 26th day of June, 2008.

JAMES I. COHN
United States District Judge

Copies Provided to:
AUSA William H. Beckerleg, Jr.
Peter Levitt, Esq.
Sheril Peart, *Pro Se*